1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**E-FILED on    12/28/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRUSTEES OF THE U.A. LOCAL 393
PENSION FUND AND THE U.A. LOCAL
393 HEALTH AND WELFARE TRUST
FUND,

        Plaintiff,

    v.

ACS CONTROLS CORPORATION, a
California corporation,

        Defendant.

No. C-08-01282 RMW

JUDGMENT

      On December 28, 2009, the court granted plaintiff Trustees of the U.A. Local 393 Pension Fund and the U.A. Local 393 Health and Welfare Trust Fund's motion for default judgment. THEREFORE, IT IS HEREBY ADJUDGED that judgment be entered in favor of plaintiff and against respondent ACS Controls Corporation in the amount of $19,542.57.

**Dated:** _____12/28/09_____

_Ronald M Whyte_____
RONALD M. WHYTE
United States District Judge

JUDGMENT   —No. C-08-01282 RMW
CCL

1

**Notice of this document has been sent to:**

2

3
**Counsel for Plaintiff:**

4
Carmela Jean Woll          cwoll@wmprlaw.com
Mark Stephan Renner         mrenner@wmprlaw.com

5

6
**Defendant:**

7
ACS Controls Corporation
4704 Roseville Rd., Ste 101
North Highlands, CA 95660

8

9
Counsel are responsible for distributing copies of this document to co-counsel that have not
10
registered for e-filing under the court's CM/ECF program.

11

12

**Dated:** _____12/28/09_____          _____CCL_____
13
                                              **Chambers of Judge Whyte**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT  —No. C-08-01282 RMW
CCL

**United States District Court**
For the Northern District of California